IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 18-cv-06005-MMC<br><br>**ORDER DENYING MOTION TO STAY**<br><br>Re: Dkt. No. 20 |

Before the Court is defendant Principal Life Insurance Company's Motion to Stay, filed December 26, 2018. Plaintiff Craig Robertson has filed opposition, to which defendant has replied. The matter came on regularly for hearing on February 1, 2019. Dennis J. Rhodes of Wilson, Elser, Moskowitz, Edelman & Dicker LLP appeared on behalf of defendant. P. Randall Noah appeared on behalf of plaintiff.

The Court having considered the parties' respective submissions and the arguments of counsel at the hearing, the motion is, for the reasons stated on the record at the hearing, hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 1, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge